**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-7128

_____

LEWIS A. ROBINSON,

Plaintiff - Appellant,

versus

JERRY DAVIS, Inmate Records; NURSE HEWLITT,
Mecklenburg Medical Staff; LIEUTENANT NIPPER,
Shift commander, M.C.C.; MAJOR EARLEY; MS.
ROYSTER, Operation Officer at M.C.C.; OFFICER
ROLLSTON; OFFICER LOFTIS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-99-1866)

_____

Submitted:  November 7, 2002          Decided:  November 14, 2002

_____

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lewis A. Robinson, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia; Frank Fletcher Rennie, IV,
COWAN & OWEN, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lewis A. Robinson appeals the district court's judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Robinson v. Davis, No. CA-99-1866 (E.D. Va. Jan. 30, 2002; July 17, 2002). We deny Robinson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED